STATE of Missouri, Respondent,

v.

Matthew Alphonso SIMPSON, Appellant.

No. WD 34090.

Missouri Court of Appeals,
Western District.

June 28, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 30, 1983.

John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Nancie D. Aulgur, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and WASSERSTROM and MANFORD, JJ.

PER CURIAM:

### ORDER

This is an appeal from a judgment denying post-conviction relief pursuant to Rule 27.26.

The judgment is affirmed.   Rule 84.16(b).